KASL HOLDINGS
Mark A. Manning
1152 98th Ave
Oakland, CA. 94603

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

1/31/2012

**IT IS SO ORDERED**
Judge Edward J. Davila

FILED
2012 JAN 27 A 11:15
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. OF CA. S.J.

| | |
|---|---|
| KASL HOLDINGS<br>MARK A MANNING, Pro se<br><br>Plaintiff,<br><br>vs.<br><br>US BANK NATIONAL ASSOCIATON;<br>ACCREDITED HOME LENDERS, INC.;<br>MORTGAGE ELECTRONIC REGISTRATION<br>SYSTEMS, INC; CAL-WESTERN<br>RECONVEYANCE CORPORATION; SANTA<br>CLARA SHERIFF'S DEPARTMENT CIVIL<br>UNIT; and JOHN DOES; (Investors) 1-10,000<br><br>Defendants | Case No.: C 11-01612 EJD<br><br>PLAINTIFF'S NOTICE OF DISMISSAL |

Plaintiff respectfully requests to have this case dismissed pursuant to Federal Rules of Civil Procedure Rule 41(a)(1). This is due to medical situations, the amount of time needed for this action and new gained information regarding this matter. We understand according to FRCP Rule 41(a)(1) this is dismissed without prejudice.

Respectfully Submitted,

Dated this 26th day of January

By: _Mark-A; Manning, agent_
Mark-A; Manning, Pro se

---

IT IS SO ORDERED.
The Court terminates all pending deadlines, hearings and motions. The Clerk shall close this file.

Dated: January 31, 2011

_[signature]_
United States District Judge

---

[Plaintiff's Notice of Dismissal] - 1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KASL HOLDINGS et al,<br><br>        Plaintiff,<br><br>  v.<br><br>US BANK NATIONAL ASSOCIATION et al,<br><br>        Defendant. | Case Number: CV11-01612 EJD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 31, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mark A. Manning
1152 98th Avenue
Oakland, CA 94603

Dated: January 31, 2012

                                        Richard W. Wieking, Clerk
                                        /s/ By: Elizabeth Garcia, Deputy Clerk